**LEE, HERNANDEZ, LANDRUM & GAROFALO**
David S. Lee (Nev. SBN 6033)
dlee@lee-lawfirm.com
Charlene N. Renwick (Nev. SBN 10165)
crenwick@lee-lawfirm.com
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Telephone:   (702) 880-9750
Facsimile:    (702) 314-1210

**VENABLE LLP**
Daniel P. Hoffer (Cal. SBN 173812)
dhoffer@venable.com
Jessica L. Grant (Cal. SBN 178138)
jgrant@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Attorneys for Defendants
FULL THROTTLE FILMS, INC.,
FULL THROTTLE FILMS, LLC, D/B/A
VIDEO EQUIPMENT RENTALS LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUXMAX, U.S.A., a Nevada Corporation, <br> Plaintiff, <br> v. <br> FULL THROTTLE FILMS, INC., a Delaware Corporation; FULL THROTTLE FILMS, LLC, d/b/a VIDEO EQUIPMENT RENTALS LLC, a Delaware limited liability company, and DOES 1 through 10, <br> Defendants. | Case No. 2:16-cv-02100 <br><br> **ORDER GRANTING DEFENDANTS FULL THROTTLE FILMS, INC., AND FULL THROTTLE FILMS, LLC, D/B/A VIDEO EQUIPMENT RENTALS LLC'S MOTION TO TRANSFER VENUE** <br><br> (Docket No. 6) |

This matter having come before the Court on the 19th of December, 2016, on Defendants FULL THROTTLE FILMS, INC., and FULL THROTTLE FILMS, LLC, D/B/A VIDEO EQUIPMENT RENTALS LLC's Motion to Transfer Venue; the Court, upon review and

consideration of the papers filed in support and opposition thereto; and, having heard oral argument of the parties, and good cause appearing therefor;

**IT IS HEREBY ORDERED**, that pursuant to 28 U.S.C. § 1404(a), Defendants FULL THROTTLE FILMS, INC., and FULL THROTTLE FILMS, LLC, D/B/A VIDEO EQUIPMENT RENTALS LLC's Motion to Transfer Venue is GRANTED, and venue in this matter is hereby transferred to the United States District Court for the Central District of California to be assigned to a judge in that District for all purposes.

**IT IS FURTHER ORDERED** that the Proposed Discovery Plan in this matter is DENIED as moot.

IT IS SO ORDERED.

Dated: January 11, 2017

CARL W. HOFFMAN
United States Magistrate Judge

## CERTIFICATION OF COUNSEL

Pursuant to LR 7-2(f), the undersigned counsel for Defendants hereby certifies that a copy of the proposed Order was served on opposing counsel on January 4, 2017 for approval as to form, and that three (3) days has passed from the date of service of the same. Opposing counsel has not served any notice of objection or disapproval to the proposed Order.

DATE 1/10/2017

Charlene N. Renwick (Nev. SBN 10165)